☒ FILED  ☐ LODGED

**Apr 22 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KRISTEN BROOK
Arizona State Bar No. 023121
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Kristen.Brook@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. **CR-25-00595-PHX-MTL (DMF)** |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | VIO: 18 U.S.C. § 1343 (Wire Fraud) Count 1 |
| Chad Massena, | |
| Defendant. | |

THE GRAND JURY CHARGES:

**Background**

1. At all times material to this indictment, within the District of Arizona and elsewhere, the defendant CHAD MASSENA was the owner and operator of AllStar Service Group, LLC., ("AllStar") of Phoenix, Arizona.

2. EMCOR Facilities Services, Inc. ("EMCOR") manages and maintains U.S. Postal Service facilities. They handle contract repairs and act as an agent to receive service calls. EMCOR assigns these repair or alteration tasks to service providers across the country.

3. On or about March 16, 2017, MASSENA on behalf of AllStar contracted with EMCOR to provide maintenance and repair services to the U.S. Postal Service in the

District of Arizona and elsewhere.

4. Under the agreement, MASSENA, on behalf of AllStar, agreed to disclose any subcontractors used for work at U.S. Postal Service facilities. For subcontractor costs up to $500, AllStar was entitled to a $50 markup, and for costs between $500 and $15,000, a 10% markup was allowed. The agreement also required AllStar to provide detailed documentation on subcontractor use, including labor rates, hours worked, the number of workers on site, itemized materials, and a comprehensive description of the work performed.

### The Scheme

5. The defendant represented and verified that AllStar performed repair and maintenance work on various U.S. Postal service facilities throughout the United States and falsified, altered and caused to be altered subcontractor invoices to overcharge and defraud the government to receive higher payments than those authorized under its Service Agreement.

### Manner and Means

6. It was part of the scheme that MASSENA exploited his role as Owner of AllStar to knowingly defraud the U.S. Postal Service approximately $107,271 over roughly five years.

7. It was further part of the scheme that MASSENA altered and caused to be altered subcontractor invoices to overcharge the government for work done by subcontracted employees at various Postal Service facilities by inflating the costs of labor and materials on altered invoices.

8. It was further part of the scheme that MASSENA submitted fabricated invoices and documents to the Postal Service, billing higher amounts than allowed by the EMCOR/AllStar contract to conceal his embezzlement.

9. It was further part of the scheme that MASSENA used the fraudulent proceeds for personal gain, including making substantial payments for his own benefit, among other expenses.

**COUNT 1**
**Wire Fraud**
**(18 U.S.C. § 1343)**

10. The factual allegations from Paragraphs 1-9 are incorporated herein by reference and re-alleged as though fully set forth herein.

11. From on or about February 2019 through February 2024, in the District of Arizona and elsewhere, CHAD MASSENA devised and intended to devise a scheme to defraud and obtain money by means of materially false and fraudulent pretenses and representations.

12. On or about December 4, 2022, in the District of Arizona and elsewhere, MASSENA for the purpose of executing the scheme to defraud devised above, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds in furtherance of the above-described scheme, specifically: defendant altered the subcontractors invoice to increase the amount by $1,019.80, to defraud the government and unjustly increase AllStar's reimbursement from EMCOR.

All in violation of Section 1343 of Title 18 of the United States Code.

Dated this 22nd day of April, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Kristen Brook* (Digitally signed by KRISTEN BROOK, Date: 2025.04.22 10:29:54 -07'00')
KRISTEN BROOK
Assistant U.S. Attorney